JOHN LEONARD et al., trading as John Leonard & Company, complainants and respondents,

*v.*

CHARLES BOSCH et al., defendants and appellants.

[Submitted July 6th, 1908.   Decided November 16th, 1908.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Emery, whose opinions are reported in *72 N. J. Eq. (2 Buch.) 137,* and *73 N. J. Eq. (3 Buch.) 438.*

*Mr. Ralph W. E. Donges* and *Mr. Thomas E. French,* for the appellants.

*Mr. Robert H. McCarter,* attorney-general, for the respondents.

PER CURIAM.

The decree under review will be affirmed, with costs, for the reasons set forth in the opinions of Vice-Chancellor Emery.

*For affirmance*—THE CHANCELLOR, CHIEF-JUSTICE, GARRISON, SWAYZE, REED, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREEDENBURGH, VROOM, GREEN, GRAY, DILL —16.

*For reversal*—None.